EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| Julio C. López Guzmán | 2020 TSPR 150 |
| | 205 DPR _____ |

Número del Caso:  TS-12,967

Fecha:  8 de diciembre de 2020

Abogada del peticionario:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio C. López Guzmán

TS-12,967

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de diciembre de 2020.

Evaluada la *Solicitud de Reinstalación al ejercicio de la abogacía* presentada por el Sr. Julio C. López Guzmán, se provee con lugar y se le reinstala al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo